UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 NOV -2 PM 4:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAVIER ORDAZ-GONZALEZ,<br><br>    Defendant. | CASE NO. 12-cr-03577-IEG<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

    8:1326 - Removed Alien Found In the United States (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/2/12

_____
Irma E. Gonzalez
U.S. District Judge